| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| Southern District of Florida |
| Case number (*If known*): _____ Chapter 15 |

☐ Check if this is an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

1. **Debtor's name**   Natural Capital Ltd.

2. **Debtor's unique identifier**

   **For non-individual debtors:**
   ☐ Federal Employer Identification Number (EIN)   __ __ – __ __ __ __ __ __ __
   ☐ Other _____. Describe identifier _____.

   **For individual debtors:**
   ☐ Social Security number:   xxx – xx– ____ ____ ____ ____
   ☐ Individual Taxpayer Identification number (ITIN):  9 xx – xx – ____ ____ ____ ____
   ☒ Other  Registration Number  . Describe identifier  CR 274499  .

3. **Name of foreign representative(s)**   Michael Pearson and Nicola Cowan

4. **Foreign proceeding in which appointment of the foreign representative(s) occurred**   Grand Court of the Cayman Islands Financial Services Division; No. 165 of 2024

5. **Nature of the foreign proceeding**

   *Check one:*
   ☒ Foreign main proceeding
   ☐ Foreign nonmain proceeding
   ☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding

6. **Evidence of the foreign proceeding**

   ☒ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

   ☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

   ☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
   _____
   _____

7. **Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

   ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)
   ☒ Yes

Debtor  **Natural Capital Ltd.**_____  Case number (*if known*)_____
      <sub>Name</sub>

| | | |
|---|---|---|
| **8.** | **Others entitled to notice** | Attach a list containing the names and addresses of: |
| | | (i)    all persons or bodies authorized to administer foreign proceedings of the debtor, |
| | | (ii)    all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and |
| | | (iii)    all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code. |

**9. Addresses**

**Country where the debtor has the center of its main interests:**

_____

**Debtor's registered office:**

Harbour Centre, 159 Mary Street_____
Number     Street

2nd floor_____
P.O. Box

George Town,_____
City     State/Province/Region     ZIP/Postal Code

Grand Cayman, Cayman Islands_____
Country

**Individual debtor's habitual residence:**

_____
Number     Street

_____
P.O. Box

_____
City     State/Province/Region     ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

10, Market Street, # 769_____
Number     Street

_____
P.O. Box

Grand Cayman, KY1 9006_____
City     State/Province/Region     ZIP/Postal Code

Cayman Islands_____
Country

**10. Debtor's website** (URL)    _____

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

    ☑ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ❑ Partnership

    ❑ Other.  Specify: _____

❑ Individual

Debtor  Natural Capital Ltd.  Case number (if known)
 Name

| 12. | **Why is venue proper in *this* district?** | Check one:<br>☑ Debtor's principal place of business or principal assets in the United States are in this district.<br>☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:<br>.<br>☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:<br>. |
|---|---|---|
| 13. | **Signature of foreign representative(s)** | I request relief in accordance with chapter 15 of title 11, United States Code.<br><br>I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct,<br><br>✗ _____/s/ Nicola Cowan_____    Nicola Cowan<br>   Signature of foreign representative          Printed name<br><br>Executed on  01/22/2025<br>             MM / DD / YYYY<br><br>✗    <br>   Signature of foreign representative          Printed name<br><br>Executed on  <br>             MM / DD / YYYY |
| 14. | **Signature of attorney** | ✗ _____/s/ Leyza B. Florin_____    Date  <br>   Signature of Attorney for foreign representative          MM / DD / YYYY<br><br>Leyza B. Florin<br>Printed name<br><br>Sequor Law, P.A.<br>Firm name<br><br>1111 Brickell Avenue, Suite 1250<br>Number     Street<br><br>Miami   FL   33131<br>City                                              State       ZIP Code<br><br>(305) 372-8282      lflorin@sequorlaw.com<br>Contact phone                                     Email address<br><br>104639   FL<br>Bar number                                        State |